

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00635-CV

**IN RE MBP REAL ESTATE INVESTORS XI, LLC, MBP TEXAS, LLC, CAS CHASE HILL, LLC, MGP CHASE HILL, LLC, BRADFIELD PLACE MBP III, LLC, & DEACON TEXAS PROPERTIES III, LLC.**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: October 2, 2024

ORIGINAL PROCEEDING DISMISSED

On September 23, 2024, Relators MBP Real Estate Investors XI, LLC, MBP Texas LLC, CAS Chase Hill, LLC, MBP Chase Hill, LLC, Broadfield Place MBP III, LLC, and Deacon Texas Properties III, LLC filed an unopposed motion to dismiss original proceeding asserting that the parties have reached an agreement to resolve their dispute. We grant the motion and dismiss this original proceeding.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022-CI-02235, styled *Ruby Ann Jeske v. MBP Real Estate Investors XI, L.L.C. d/b/a Skyvue Apartments, and Skylis Property Management L.L.C.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.